STATE v. CAGLE

No. 118 PC.

Case below: 38 N.C. App. 391.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 November 1978.

STATE v. CORRELL

No. 130 PC.

Case below: 38 N.C. App. 451.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978.

STATE v. FAISON

No. 71 PC.

Case below: 37 N.C. App. 233.

Application by defendant for further review denied 28 November 1978.

STATE v. GRADY

No. 117 PC.

Case below: 38 N.C. App. 152.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 November 1978.

STATE v. OAKES

No. 101 PC.

Case below: 38 N.C. App. 113.

Application by defendant for further review denied 28 November 1978.